2-20-12

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

MAR 09 2012

D. MARK JONES, CLERK

BY DEPUTY CLERK

RECEIVED CLERK

FEB 29 2012

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

__________ DIVISION

| | |
|---|---|
| Yesha Anthony Garcia<br>(Full Name)<br>PLAINTIFF<br><br>vs.<br><br>City of Salt Lake - @ West Valley<br>County of Salt Lake - A.D.C.<br>Michael D. Misner Atty. @ Law<br>Adam Elmore Atty @ Law et al,<br>Chief of Police @ S.L.C., UT.<br>DEFENDANTS | **CIVIL RIGHTS COMPLAINT**<br>(42 U.S.C §1983, §1985)<br><br>Case: 2:12cv00225<br>Assigned To : Benson, Dee<br>Assign. Date : 2/29/2012<br>Description: Garcia v. City of Salt Lake et al |

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. ✓ 42 U.S.C. §1983
   b. __ 42 U.S.C. §1985
   c. __ Other (Please Specify) ____________

2. NAME OF PLAINTIFF Yesha A. Garcia
   IS A CITIZEN OF THE STATE OF ____________

   PRESENT MAILING ADDRESS: 3415 South @ 900 West Salt Lake City, UT. 84119

3. NAME OF FIRST DEFENDANT City & County of Salt Lake Salt Lake Police Dept Chief of Police @ Salt Lake

(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? Yes

YES ✓ NO___. If your answer is "YES" briefly explain.

I was arrested by police, and when it was learned that they did not have adequated evidence to hold me, they did not reveal this to me, and my L.D.A. attorney's were well aware of this, to this very day, but thinking me uneducated-and derelict, they have been working with D.A.

4. NAME OF SECOND DEFENDANT Michael D. Misner L.D.A. Atty.
(If applicable)

IS A CITIZEN OF Salt Lake City, Utah
(City and State)

IS EMPLOYED AS Legal Defenders Assn Attorney # at ___________
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? Absolutely - my attorney, not acting in my best interest, as a paid attorney would be.

YES ✓ NO___. If your answer is "YES" briefly explain.

I have been incarcerated for 20 months, ilegally with insufficient evidence to hold me over this duration, and my L.D.A. attorney has not been acting in my best interest. The L.D.A.'s I've had, have have been working moreso for the D.A., and just don't give-a-damn! 20 months in jail, no evidence - (you do the math your honor..)

5. NAME OF THIRD DEFENDANT Adam Elmore L.D.A. Atty.
(If applicable)

IS A CITIZEN OF Salt Lake City, Utah
(City and State)

IS EMPLOYED AS Attorney - L.D.A. at Legal Defenders Assn
424 East - 500 South #300
Salt Lake City, Utah
84111

YES ✓ NO__. If your answer is "YES" briefly explain.

Adam Elmore L.D.A. Atty., being fully aware of the fact there is insufficient evidence to hold me, as repeatedly told by judge Robert Faust, and the other judges, has never filed a "motion for dismissal", because he is opperating in the best interest of the D.A., not myself. If you don't believe in someone's innocence, don't rep. them!

6. NAME OF FOURTH DEFENDANT Legal Defenders Assn
(If applicable) 424 East @ 500 South #300 S.L.C., Utah 84111

IS A CITIZEN OF Agency of S.L.C., Utah
(city and State)

IS EMPLOYED AS Organization at 424 East @ 500 South S.L.C. UT. 84111
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? Absolutely

YES ✓ NO__. If your answer is "YES" briefly explain.

The Legal Defenders Assn. employs both attorneys, and so they, as an organization, are well aware of my case as a whole, a high-profile, and 20 months, and running. So the president (L.D.A.) is truly aware that his subordinates have been stringing me along, working with D.A. behind the scenes.

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

I have been in custody going on 20 months ilegally, on charges which have absolutely no evidence, as recently revealed by judges – attempted 187. At this point judge Robert Faust has alerted the D.A. that there is not enough evidence to continue to hold me in custody. there never was, they were just playing me for a derelict.

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count I: Unlawful arrest, unlawful detainment, pain & suffering, 20 months incarcerated wrongfully, judges are just now revealing.

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

I have been incarcerated for 20 months in Salt Lake County Jail unlawfully, for attempted-187, is the charge, but for the entire 20 months, they have had absolutely no evidence to hold me, the judges have recently revealed, Judge Faust (Robert Faust) in the Scott Matheson Courthouse, @ 450 State St. I am in need of a "pro-bono" attorney; to help down the road. My 14th Amendment Rights have been trampled upon - civil rights violated, and I'm just now learning about the A.C.L.U. that actualy can monitor my sufferings - along with my lawsuit litigation.

b. (1) Count II: Deception by counsel - operating behind the scenes to prosecute me, rather than work in my best interest as a paid attorney would.

(2) Supporting Facts: My attorneys have been told by three judges, that the D.A. has not enough evidence to hold me, but instead of requesting I be released over the 20 months, they waive time, and use other big evasive words while talking to the judge, that I may be deceived. I have scince learned of the A.C.L.U., and talked to some concerned folk who have given me guidance, helping me fill out paperwork, and educating me that my civil-rights have been utterly violated, and that I have been taken advantage of by responsible professional officers of the court. Appaulling - unconstitutional, unethical, illegal, and it warrants being reported to the bar association, and the Supreme Court!

(2) Supporting Facts: ______________________________

## D. INJURY

1. How have you been injured by the actions of the defendant(s)? Yes - 20 months locked up in a jail cell, with no evidence to hold me, as judge Faust, and previous judges have kept telling the D.A.! It's "kidnap," and 14th Amendment Civil Rights Violations. 20 Months incarcerated, taken from my family, You do the math! Have I been injured? The 64,000 dollar question! Only in Utah....

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES______ / NO ✓. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

a. Parties to previous lawsuit: Never filed lawsuits ever.

Plaintiff(s): Ø

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) I'm still incarcerated - 20 months, and case is about to be thrown out I hope.

d. Issues raised: I will be contacting the A.C.L.U., scince I finaly have some to assit, and educate me on what I need to do! Need a pro-bono attorney.

e. When did you file the lawsuit? ______________________
Date Month Year

f. When was it (will it be) decided? ______________________

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES ✓ / NO ____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.
I've repeatedly requested my release, after the judge tells the D.A., you have'nt enough evidence to hold this man. They've been continualy requesting time waivers, for mental-health evaluations, for 20 mos., but the judge (Robert Faust) says; mental-health or not, we don't have enough evidence to hold him, which makes it kidnap! 14th Amendment Violations - 20 mos.

F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief: 4 K million dollars
Four Million Dollars -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at A. D. C. Jail on 2-20- 2012
(Location) (Date)

Yesha Garcia
Signature