IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

_____

| | |
|---|---|
| YESHA ANTHONY GARCIA, ) | **DISMISSAL ORDER &** |
| ) | **MEMORANDUM DECISION** |
| Plaintiff, ) | |
| ) | Case No. 2:12-CV-225 DB |
| v. ) | |
| ) | District Judge Dee Benson |
| CITY OF SALT LAKE et al., ) | |
| ) | |
| Defendants. ) | |

_____

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2]  However, Plaintiff has not complied with the Court's March 8, 2012 order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice.

DATED this 10th day of May, 2012.

BY THE COURT:

_____
JUDGE DEE BENSON
United States District Court

---

[1] *See* 42 U.S.C.S. § 1983 (2012).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).